No. 78–907. CAIN *v.* MAZURKIEWICZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–930. JACKSON *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 78–1055. FAIRCHILD INDUSTRIES, INC. *v.* HARVEY, U. S. DISTRICT JUDGE (UNITED STATES, REAL PARTY IN INTEREST). C. A. 4th Cir. Certiorari denied.

No. 78–1063. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* MCI COMMUNICATIONS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–1082. CONZEMIUS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–1112. BROTHERS ET AL. *v.* SCHIMKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1154. MILWAUKEE NEWSPAPER & GRAPHIC COMMUNICATIONS UNION, LOCAL 23 *v.* NEWSPAPERS, INC. C. A. 7th Cir. Certiorari denied.

No. 78–1157. DUPAS *v.* CITY OF NEW ORLEANS ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 78–1181. BATT *v.* MARION HEIGHTS, INC., ET AL.; and
No. 78–6131. MUSSO *v.* SURIANO ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 586 F. 2d 59.

No. 78–1186. WHARTON *v.* GARRISON. C. A. 4th Cir. Certiorari denied.

No. 78–1188. SPICKLER *v.* BRENGELMANN ET UX. Sup. Jud. Ct. Me. Certiorari denied.